8

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Contreras §
versus §
Jabar §    CIVIL ACTION B- 00-02
§
§

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Scheduling Order

1. Trial: Estimated time to try: __3-4__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by:     __6-30-00__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __8-30-00__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __9-30-00__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:     __10-20-00__

7. Joint pretrial order is due:     __1-18-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __2-1-01__

9. Jury Selection is set for 9:00 a.m. on:     __2-5-01__

The case will remain on standby until tried.

Signed __April 27__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
Counsel for Plaintiffs

_____
Counsel for _____

_____
Counsel for _____

_____
Counsel for Defendants

_____
Counsel for Defendants

_____
Counsel for _____